# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143839 & (53)(57)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AARON RICHARD,
      Plaintiff-Appellee,

v

SCHNEIDERMAN & SHERMAN, P.C.,
      Defendant-Appellee,
and

GMAC MORTGAGE, and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.,
      Defendants-Appellants.

SC: 143839
COA: 297353
Wayne CC: 10-000273-CZ

_____/

      By order of December 29, 2011, the proceedings in this case were stayed by the filing of a petition in bankruptcy. On order of the Court, the bankruptcy stay having been lifted, the motion to reopen the case is GRANTED. The application for leave to appeal the August 25, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Residential Funding Co, LLC, f/k/a Residential Funding Corp v Saurman*, 490 Mich ___ (decided November 16, 2011). The motion for peremptory reversal is DENIED.

      MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

t0123